IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------- x
RAYMOND ORTIZ, DOMINIC CARONE
and JOANN PARKISON, Individually and as
Administrators of the Estate of JOSEPH
CARONE, Deceased, KEVIN RAY LIGHT, by
and through his mother and Natural guardian,
ALENE WOODRUFF, and ALENE
WOODRUFF, Individually, and on behalf of all
others similarly situated,

        Plaintiffs,

        v.

ELI LILLY AND COMPANY,

        Defendant.

---------------------------------------------------- x

Civil Action No.: 1:04-cv-1587-JBW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), all parties herein, through their designated counsel, hereby stipulate that the above captioned action is hereby dismissed with prejudice with each party to bear its own costs.

DOUGLAS & LONDON, P.C.
Attorneys for Plaintiffs

*/s/ Gary J. Douglas*
Gary J. Douglas (GD-8774)
A Member of the Firm

Dated: September 6, 2006

PEPPER HAMILTON LLP
Attorneys for Defendant

*/s/ George A. Lehner*
George A. Lehner, Esq.
A Member of the Firm

Dated: September 14, 2006

Approved
s/JBW 9/19/06